UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY INSURANCE FUND and ) Index No.: 25-CV-04043 (NSR)
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY ANNUITY FUND and )
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
FINISHING TRADES INSTITUTE and TRUSTEES )
OF THE INTERNATIONAL UNION OF PAINTERS )
AND ALLIED TRADES NATIONAL PENSION )
FUND and THE DISTRICT COUNCIL NO. 9 )
INTERNATIONAL UNION OF PAINTERS AND )
ALLIED TRADES, )
)
                   Plaintiffs, )
) DEFAULT JUDGMENT
   -against- )
)
ICON CONSTRUCTION GROUP, INC. a.k.a. )
ICON CONST. GR., INC., )
)
                   Defendant.

---

This action having been commenced on May 14, 2025, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Icon Construction Group, Inc. a.k.a. Icon Const. Gr., Inc. on May 16, 2025, via NYS Secretary of State and said Proof of Service having been filed with the Clerk of the Court on May 20, 2025, and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of ($20,221.06), which includes the following: contributions due and owing in the sum of $13,105.54 for the audit period November 2, 2022, through to and including March 31, 2023; interest in the sum of $745.41 calculated at 2% above prime per annum from the due date for each delinquent month through December 31, 2023 on the unpaid contributions; liquidated



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/04/2025

damages in the sum of $2,621.11 calculated at 20% of the principal contribution amount owed; attorneys' fees in the sum of $3,268.00; plus court costs and disbursements of this action in the sum of $481.00.

ORDERED, that the Defendant permit and cooperate in the conduct of an audit of all of its books and records including, but not limited to, all payroll journals, business income tax returns, general ledger and journal, books of original entry, subsidiary ledgers, payroll records, bank statements, and cancelled checks, W-2 and W-3 forms, 940, 941, WT4-A and WT4-B forms, 1099 forms, New York State employment report, insurance reports, disability insurance reports, Workers Compensation report forms and remittance reports for all jobs worked during the period covered by the Memorandum of Agreement of August 8, 2023 in accordance with the Trade Agreement and directing that the Court retain jurisdiction for the limited purpose of permitting Plaintiffs to make an application to amend the judgment should the Defendant comply with the audit and to include the additional amounts determined by the audit to be due and owing, together with the interest, liquidated damages, auditors' fees and attorneys' fees.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated:  White Plains, New York
        September 4    , 2025

So Ordered:

_____
Honorable Nelson Stephen Roman, U.S.D.J.